IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| 2341 EAST FAYETTE STREET, INC. | * | |
| | * | |
| v. | * | Civil No. JFM-05-974 |
| | * | |
| UNITED STATES OF AMERICA | * | |
| | ***** | |

MEMORANDUM

In this action plaintiff challenges the decision made by the Food and Nutrition Service of the Department of Agriculture to permanently disqualify it from participation in the Food Stamp program. The United States has filed a motion for summary judgment to which plaintiff has responded. The motion will be granted.[1]

The qualification was first ordered by the Towson Field Office of the Food and Nutrition Service.

Although 7 U.S.C. § 2020 provides for a trial *de novo* of a disqualification decision, the issues can be resolved by way of a motion for summary judgment when no genuine issue of material fact is presented. *See, e.g.*, *Kulkin v. Bergland*, 626 F.2d 181, 183 (1st Cir. 1980). Here, the administrative record clearly establishes that the underlying violations occurred. Plaintiff has the burden to establish by a preponderance of the evidence that the agency determination should be set aside, *see, e.g.*, *Goodman v. United States*, 518 F.2d 505, 511 (5th Cir. 1975); *Modica v. United States*, 518 F.2d 374, 376 (5th Cir. 1975), and it has presented no evidence to meet this burden.

---

[1] The United States' motion is its second motion for summary judgment. The first motion was perfunctory and was denied by the court.

As to the question of the appropriateness of the sanction of permanent disqualification, that decision must be upheld unless it is "arbitrary and capricious." *See Willy's Grocery v. United States*, 656 F.2d 24, 26 (2nd Cir. 1981); *Bruno's, Inc. v. United States*, 624 F.2d 592, 594 (5th Cir. 1980). Here, plaintiff has made no showing that the permanent disqualification decision was arbitrary or capricious.

A separate order granting defendant's summary judgment motion is being entered herewith.

Date: September 26, 2005            /s/_____
                                    J. Frederick Motz
                                    United States District Judge